AMERICAN ARBITRATION ASSOCIATION®

# EMPLOYMENT ARBITRATION RULES
# DEMAND FOR ARBITRATION

*Please visit our website at www.adr.org if you would like to file this case online. AAA Customer Service can be reached at 800-778-7879.*

**Mediation:** If you would like the AAA to contact the other parties and attempt to arrange mediation, please check this box ☐.
There is no additional administrative fee for this service.

**Parties (Claimant)**

| | | | | | |
|---|---|---|---|---|---|
| Name of Claimant: Ms. Jasmine Durden | | | Representative's Name (if known): Harlan Miller, III | | |
| Address: Contact through counsel only | | | Firm (if applicable): Miller Legal, P.C. | | |
| | | | Representative's Address: 3646 Vineville Ave | | |
| City: | State: | Zip Code: | City: Macon | State: GA | Zip Code: 31204 |
| Phone No.: 404-931-6490 | Fax No.: | | Phone No.: 404-931-6490 | Fax No.: 404-393-0424 | |
| Email Address: hmiller@millerlegalpc.com | | | Email Address: hmiller@millerlegalpc.com | | |

**Parties (Respondent)**

| | | | | | |
|---|---|---|---|---|---|
| Name of Respondent: Pony Tail, Inc d/b/a Onyx | | | Representative's Name (if known): Mr. Dean R. Fuchs | | |
| Address: contact through counsel | | | Firm (if applicable): SCHULTEN, WARD & TURNER, LLP | | |
| | | | Representative's Address: 260 Peachtree Street, NW, Suite 2700 | | |
| City: Atlanta | State: GA | Zip Code: 30339 | City: Atlanta | State: GA | Zip Code: 30303 |
| Phone No.: | Fax No.: | | Phone No.: (404) 688-6800 | Fax No.: (404) 688-6840 | |
| Email Address: | | | Email Address: | | |

Claim: What was/is the employee's annual wage range? ☑ Less than $100,000 ☐ $100,000-$250,000 ☐ Over $250,000
*Note: This question is required by California law.*

Amount of Claim: an amount no less than $15,000 to be determined

Claim involves: ☑ Statutorily Protected Rights ☐ Non-Statutorily Protected Rights

In detail, please describe the nature of each claim. You may attach additional pages if necessary:

SEE ATTACHMENT

Other Relief Sought: ☑ Attorneys Fees ☑ Interest ☑ Arbitration Costs ☐ Punitive/ Exemplary ☐ Other

Neutral: Please describe the qualifications for arbitrator(s) to hear this dispute:

Georgia attorney with experience hearing FLSA exotic dancer minimum wage claims

Hearing: Estimated time needed for hearings overall: hours or 2 days days

Hearing Locale: Atlanta, Georgia ☑ Requested by Claimant ☐ Locale provision included in the contract

Filing Fee: ☑ Employer-Promulgated Plan fee requirement or $200 *(max amount per AAA rules)*
☐ Standard Fee Schedule for Individually-Negotiated Contracts ☐ Flexible Fee Schedule for Individually-Negotiated Contracts

Amount Tendered: Zero - Arbitration Agreement states Employer pays administrative costs

Notice: To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. Send the original Demand to the Respondent.

Signature (may be signed by a representative): /s/ Harlan S. Miller, III

Date: 5/11/16

Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the [obscured] entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to t[obscured] nd to all consumer arbitrations conducted in California. Only those disputes arising out of employer promulgated plans are included in the [obscured] ieve that you meet these requirements, you must submit to the AAA a declaration under oath regarding your monthly income and the nu[obscured] hold. Please contact the AAA's Western Case Management Center at 1-877-528-0879. If you have any questions regarding the waiver of ad[obscured] ng Services can be reached at 877-495-4185.

EXHIBIT 3

AMERICAN ARBITRATION ASSOCIATION®

# EMPLOYMENT ARBITRATION RULES
# DEMAND FOR ARBITRATION

*Please visit our website at www.adr.org if you would like to file this case online. AAA Customer Service can be reached at 800-778-7879.*

**Mediation:** If you would like the AAA to contact the other parties and attempt to arrange mediation, please check this box ☐. There is no additional administrative fee for this service.

**Parties (Claimant)**

| | | | | | |
|---|---|---|---|---|---|
| Name of Claimant: Ms. Jachara Lawton | | | Representative's Name (if known): Harlan Miller, III | | |
| Address: Contact through counsel only | | | Firm (if applicable): Miller Legal, P.C. | | |
| | | | Representative's Address: 3646 Vineville Ave | | |
| City: | State: | Zip Code: | City: Macon | State: GA | Zip Code: 31204 |
| Phone No.: 404-931-6490 | Fax No.: | | Phone No.: 404-931-6490 | Fax No.: 404-393-0424 | |
| Email Address: hmiller@millerlegalpc.com | | | Email Address: hmiller@millerlegalpc.com | | |

**Parties (Respondent)**

| | | | | | |
|---|---|---|---|---|---|
| Name of Respondent: Pony Tail, Inc d/b/a Onyx & Terri Gilardi | | | Representative's Name (if known): Mr. Dean R. Fuchs | | |
| Address: contact through counsel | | | Firm (if applicable): SCHULTEN, WARD & TURNER, LLP | | |
| | | | Representative's Address: 260 Peachtree Street, NW, Suite 2700 | | |
| City: Atlanta | State: GA | Zip Code: 30339 | City: Atlanta | State: GA | Zip Code: 30303 |
| Phone No.: | Fax No.: | | Phone No.: (404) 688-6800 | Fax No.: (404) 688-6840 | |
| Email Address: | | | Email Address: | | |

Claim: What was/is the employee's annual wage range? ☑ Less than $100,000 ☐ $100,000-$250,000 ☐ Over $250,000
*Note: This question is required by California law.*

Amount of Claim: an amount no less than $15,000 to be determined

Claim involves: ☑ Statutorily Protected Rights ☐ Non-Statutorily Protected Rights

In detail, please describe the nature of each claim. You may attach additional pages if necessary:

SEE ATTACHMENT

Other Relief Sought: ☑ Attorneys Fees ☑ Interest ☑ Arbitration Costs ☐ Punitive/ Exemplary ☐ Other

Neutral: Please describe the qualifications for arbitrator(s) to hear this dispute:

Georgia attorney with experience hearing FLSA exotic dancer minimum wage claims

Hearing: Estimated time needed for hearings overall: hours or 2 days days

Hearing Locale: Atlanta, Georgia ☑ Requested by Claimant ☐ Locale provision included in the contract

Filing Fee: ☑ Employer-Promulgated Plan fee requirement or $200 *(max amount per AAA rules )*
☐ Standard Fee Schedule for Individually-Negotiated Contracts ☐ Flexible Fee Schedule for Individually-Negotiated Contracts

Amount Tendered: Zero - Arbitration Agreement states Employer pays administrative costs

Notice: To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. Send the original Demand to the Respondent.

| | |
|---|---|
| Signature (may be signed by a representative): /s/ Harlan S. Miller, III | Date: 7/8/16 |

Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. Only those disputes arising out of employer promulgated plans are included in the consumer definition. If you believe that you meet these requirements, you must submit to the AAA a declaration under oath regarding your monthly income and the number of persons in your household. Please contact the AAA's Western Case Management Center at 1-877-528-0879. If you have any questions regarding the waiver of administrative fees, AAA Case Filing Services can be reached at 877-495-4185.



AMERICAN ARBITRATION ASSOCIATION®

# EMPLOYMENT ARBITRATION RULES
# DEMAND FOR ARBITRATION

*Please visit our website at www.adr.org if you would like to file this case online. AAA Customer Service can be reached at 800-778-7879.*

**Mediation:** If you would like the AAA to contact the other parties and attempt to arrange mediation, please check this box ☐.
There is no additional administrative fee for this service.

**Parties (Claimant)**

| | | | | | |
|---|---|---|---|---|---|
| Name of Claimant: Ms. Stephanie Kuykendall | | | Representative's Name (if known): Harlan Miller, III | | |
| Address: Contact through counsel only | | | Firm (if applicable): Miller Legal, P.C. | | |
| | | | Representative's Address: 3646 Vineville Ave | | |
| City: | State: | Zip Code: | City: Macon | State: GA | Zip Code: 31204 |
| Phone No.: 404-931-6490 | Fax No.: | | Phone No.: 404-931-6490 | Fax No.: 404-393-0424 | |
| Email Address: hmiller@millerlegalpc.com | | | Email Address: hmiller@millerlegalpc.com | | |

**Parties (Respondent)**

| | | | | | |
|---|---|---|---|---|---|
| Name of Respondent: Trop, Inc d/b/a Pink Pony & Terri Gilardi | | | Representative's Name (if known): Mr. Dean R. Fuchs | | |
| Address: contact through counsel | | | Firm (if applicable): SCHULTEN, WARD & TURNER, LLP | | |
| | | | Representative's Address: 260 Peachtree Street, NW, Suite 2700 | | |
| City: Atlanta | State: GA | Zip Code: 30339 | City: Atlanta | State: GA | Zip Code: 30303 |
| Phone No.: | Fax No.: | | Phone No.: (404) 688-6800 | Fax No.: (404) 688-6840 | |
| Email Address: | | | Email Address: | | |

Claim: What was/is the employee's annual wage range? ☑ Less than $100,000 ☐ $100,000-$250,000 ☐ Over $250,000
*Note: This question is required by California law.*

Amount of Claim: an amount no less than $10,000 to be determined

Claim involves: ☑ Statutorily Protected Rights ☐ Non-Statutorily Protected Rights

In detail, please describe the nature of each claim. You may attach additional pages if necessary:

SEE ATTACHMENT

Other Relief Sought: ☑ Attorneys Fees ☑ Interest ☑ Arbitration Costs ☐ Punitive/ Exemplary ☐ Other

Neutral: Please describe the qualifications for arbitrator(s) to hear this dispute:

Georgia attorney with experience hearing FLSA exotic dancer minimum wage claims

Hearing: Estimated time needed for hearings overall: hours or 2 days days

Hearing Locale: Atlanta, Georgia ☑ Requested by Claimant ☐ Locale provision included in the contract

Filing Fee: ☑ Employer-Promulgated Plan fee requirement or $200 *(max amount per AAA rules )*
☐ Standard Fee Schedule for Individually-Negotiated Contracts ☐ Flexible Fee Schedule for Individually-Negotiated Contracts

Amount Tendered: Zero - Arbitration Agreement states Employer pays administrative costs

Notice: To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. Send the original Demand to the Respondent.

Signature (may be signed by a representative): /s/ Harlan S. Miller, III

Date: 6/13/16

Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. Only those disputes arising out of employer promulgated plans are included in the consumer definition. If you believe that you meet these requirements, you must submit to the AAA a declaration under oath regarding your monthly income and the number of persons in your household. Please contact the AAA's Western Case Management Center at 1-877-528-0879. If you have any questions regarding the waiver of administrative fees, AAA Case Filing Services can be reached at 877-495-4185.



AMERICAN ARBITRATION ASSOCIATION®

# EMPLOYMENT ARBITRATION RULES
# DEMAND FOR ARBITRATION

*Please visit our website at www.adr.org if you would like to file this case online. AAA Customer Service can be reached at 800-778-7879.*

**Mediation:** If you would like the AAA to contact the other parties and attempt to arrange mediation, please check this box ☐.
There is no additional administrative fee for this service.

**Parties (Claimant)**

| | | | | | |
|---|---|---|---|---|---|
| Name of Claimant: Ms. Hailey Lytle | | | Representative's Name (if known): Harlan Miller, III | | |
| Address: Contact through counsel only | | | Firm (if applicable): Miller Legal, P.C.<br>Representative's Address: 3646 Vineville Ave | | |
| City: | State: | Zip Code: | City: Macon | State: GA | Zip Code: 31204 |
| Phone No.: 404-931-6490 | Fax No.: | | Phone No.: 404-931-6490 | Fax No.: 404-393-0424 | |
| Email Address: hmiller@millerlegalpc.com | | | Email Address: hmiller@millerlegalpc.com | | |

**Parties (Respondent)**

| | | | | | |
|---|---|---|---|---|---|
| Name of Respondent: Trop, Inc d/b/a Pink Pony & Terri Gilardi | | | Representative's Name (if known): Mr. Dean R. Fuchs | | |
| Address: contact through counsel | | | Firm (if applicable): SCHULTEN, WARD & TURNER, LLP<br>Representative's Address: 260 Peachtree Street, NW, Suite 2700 | | |
| City: Atlanta | State: GA | Zip Code: 30339 | City: Atlanta | State: GA | Zip Code: 30303 |
| Phone No.: | Fax No.: | | Phone No.: (404) 688-6800 | Fax No.: (404) 688-6840 | |
| Email Address: | | | Email Address: | | |

Claim: What was/is the employee's annual wage range? ☑ Less than $100,000 ☐ $100,000-$250,000 ☐ Over $250,000
*Note: This question is required by California law.*

Amount of Claim: an amount no less than $10,000 to be determined

Claim involves: ☑ Statutorily Protected Rights ☐ Non-Statutorily Protected Rights

In detail, please describe the nature of each claim. You may attach additional pages if necessary:

SEE ATTACHMENT

Other Relief Sought: ☑ Attorneys Fees ☑ Interest ☑ Arbitration Costs ☐ Punitive/ Exemplary ☐ Other

Neutral: Please describe the qualifications for arbitrator(s) to hear this dispute:

Georgia attorney with experience hearing FLSA exotic dancer minimum wage claims

Hearing: Estimated time needed for hearings overall: hours or 2 days days

Hearing Locale: Atlanta, Georgia ☑ Requested by Claimant ☐ Locale provision included in the contract

Filing Fee: ☑ Employer-Promulgated Plan fee requirement or $200 *(max amount per AAA rules )*
☐ Standard Fee Schedule for Individually-Negotiated Contracts ☐ Flexible Fee Schedule for Individually-Negotiated Contracts

Amount Tendered: Zero - Arbitration Agreement states Employer pays administrative costs

Notice: To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. Send the original Demand to the Respondent.

Signature (may be signed by a representative): /s/ Harlan S. Miller, III

Date: 5/13/16

Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. Only those disputes arising out of employer promulgated plans are included in the consumer definition. If you believe that you meet these requirements, you must submit to the AAA a declaration under oath regarding your monthly income and the number of persons in your household. Please contact the AAA's Western Case Management Center at 1-877-528-0879. If you have any questions regarding the waiver of administrative fees, AAA Case Filing Services can be reached at 877-495-4185.



AMERICAN ARBITRATION ASSOCIATION®

# EMPLOYMENT ARBITRATION RULES
# DEMAND FOR ARBITRATION

*Please visit our website at www.adr.org if you would like to file this case online. AAA Customer Service can be reached at 800-778-7879.*

**Mediation:** If you would like the AAA to contact the other parties and attempt to arrange mediation, please check this box ☐.
There is no additional administrative fee for this service.

**Parties (Claimant)**

| | | | | | |
|---|---|---|---|---|---|
| Name of Claimant: Ms. Rowan McCoy | | | Representative's Name (if known): Harlan Miller, III | | |
| Address: Contact through counsel only | | | Firm (if applicable): Miller Legal, P.C. | | |
| | | | Representative's Address: 3646 Vineville Ave | | |
| City: | State: | Zip Code: | City: Macon | State: GA | Zip Code: 31204 |
| Phone No.: 404-931-6490 | Fax No.: | | Phone No.: 404-931-6490 | Fax No.: 404-393-0424 | |
| Email Address: hmiller@millerlegalpc.com | | | Email Address: hmiller@millerlegalpc.com | | |

**Parties (Respondent)**

| | | | | | |
|---|---|---|---|---|---|
| Name of Respondent: Trop, Inc d/b/a Pink Pony & Terri Gilardi | | | Representative's Name (if known): Mr. Dean R. Fuchs | | |
| Address: contact through counsel | | | Firm (if applicable): SCHULTEN, WARD & TURNER, LLP | | |
| | | | Representative's Address: 260 Peachtree Street, NW, Suite 2700 | | |
| City: Atlanta | State: GA | Zip Code: 30339 | City: Atlanta | State: GA | Zip Code: 30303 |
| Phone No.: | Fax No.: | | Phone No.: (404) 688-6800 | Fax No.: (404) 688-6840 | |
| Email Address: | | | Email Address: | | |

Claim: What was/is the employee's annual wage range? ☑ Less than $100,000 ☐ $100,000-$250,000 ☐ Over $250,000
*Note: This question is required by California law.*

Amount of Claim: an amount no less than $10,000 to be determined

Claim involves: ☑ Statutorily Protected Rights ☐ Non-Statutorily Protected Rights

In detail, please describe the nature of each claim. You may attach additional pages if necessary:

SEE ATTACHMENT

Other Relief Sought: ☑ Attorneys Fees ☑ Interest ☑ Arbitration Costs ☐ Punitive/ Exemplary ☐ Other

Neutral: Please describe the qualifications for arbitrator(s) to hear this dispute:

Georgia attorney with experience hearing FLSA exotic dancer minimum wage claims

Hearing: Estimated time needed for hearings overall: hours or 2 days days

Hearing Locale: Atlanta, Georgia ☑ Requested by Claimant ☐ Locale provision included in the contract

Filing Fee: ☑ Employer-Promulgated Plan fee requirement or $200 *(max amount per AAA rules )*
☐ Standard Fee Schedule for Individually-Negotiated Contracts ☐ Flexible Fee Schedule for Individually-Negotiated Contracts

Amount Tendered: Zero - Arbitration Agreement states Employer pays administrative costs

Notice: To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. Send the original Demand to the Respondent.

Signature (may be signed by a representative): /s/ Harlan S. Miller, III

Date: 5/31/16

Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. Only those disputes arising out of employer promulgated plans are included in the consumer definition. If you believe that you meet these requirements, you must submit to the AAA a declaration under oath regarding your monthly income and the number of persons in your household. Please contact the AAA's Western Case Management Center at 1-877-528-0879. If you have any questions regarding the waiver of administrative fees, AAA Case Filing Services can be reached at 877-495-4185.



AMERICAN ARBITRATION ASSOCIATION®

# EMPLOYMENT ARBITRATION RULES
# DEMAND FOR ARBITRATION

*Please visit our website at www.adr.org if you would like to file this case online. AAA Customer Service can be reached at 800-778-7879.*

**Mediation:** If you would like the AAA to contact the other parties and attempt to arrange mediation, please check this box ☐.
There is no additional administrative fee for this service.

**Parties (Claimant)**

| | |
|---|---|
| Name of Claimant: Ms. Zoe Walker | Representative's Name (if known): Harlan Miller, III |
| Address: Contact through counsel only | Firm (if applicable): Miller Legal, P.C. |
| | Representative's Address: 3646 Vineville Ave |
| City: / State: / Zip Code: | City: Macon / State: GA / Zip Code: 31204 |
| Phone No.: 404-931-6490 / Fax No.: | Phone No.: 404-931-6490 / Fax No.: 404-393-0424 |
| Email Address: hmiller@millerlegalpc.com | Email Address: hmiller@millerlegalpc.com |

**Parties (Respondent)**

| | |
|---|---|
| Name of Respondent: Trop, Inc d/b/a Pink Pony & Terri Gilardi | Representative's Name (if known): Mr. Dean R. Fuchs |
| Address: contact through counsel | Firm (if applicable): SCHULTEN, WARD & TURNER, LLP |
| | Representative's Address: 260 Peachtree Street, NW, Suite 2700 |
| City: Atlanta / State: GA / Zip Code: 30339 | City: Atlanta / State: GA / Zip Code: 30303 |
| Phone No.: / Fax No.: | Phone No.: (404) 688-6800 / Fax No.: (404) 688-6840 |
| Email Address: | Email Address: |

Claim: What was/is the employee's annual wage range? ☑ Less than $100,000 ☐ $100,000-$250,000 ☐ Over $250,000
*Note: This question is required by California law.*

Amount of Claim: an amount no less than $10,000 to be determined

Claim involves: ☑ Statutorily Protected Rights ☐ Non-Statutorily Protected Rights

In detail, please describe the nature of each claim. You may attach additional pages if necessary:

SEE ATTACHMENT

Other Relief Sought: ☑ Attorneys Fees ☑ Interest ☑ Arbitration Costs ☐ Punitive/ Exemplary ☐ Other

Neutral: Please describe the qualifications for arbitrator(s) to hear this dispute:

Georgia attorney with experience hearing FLSA exotic dancer minimum wage claims

Hearing: Estimated time needed for hearings overall: hours or 2 days days

Hearing Locale: Atlanta, Georgia ☑ Requested by Claimant ☐ Locale provision included in the contract

Filing Fee: ☑ Employer-Promulgated Plan fee requirement or $200 *(max amount per AAA rules )*
☐ Standard Fee Schedule for Individually-Negotiated Contracts ☐ Flexible Fee Schedule for Individually-Negotiated Contracts

Amount Tendered: Zero - Arbitration Agreement states Employer pays administrative costs

Notice: To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043. Send the original Demand to the Respondent.

Signature (may be signed by a representative): /s/ Harlan S. Miller, III

Date: 5/13/16

Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. Only those disputes arising out of employer promulgated plans are included in the consumer definition. If you believe that you meet these requirements, you must submit to the AAA a declaration under oath regarding your monthly income and the number of persons in your household. Please contact the AAA's Western Case Management Center at 1-877-528-0879. If you have any questions regarding the waiver of administrative fees, AAA Case Filing Services can be reached at 877-495-4185.